■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE CANNON, Appellant. (Appeal No. 1.) [910 NYS2d 745]—

from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered May 2, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.